# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TRAVIS LEE,  )<br>)<br>  Plaintiff,  )<br>)<br>  v.  )<br>)<br>GLU MOBILE INC., NICCOLO DE MASI,  )<br>NICK EARL, ERIC BALL, ANN  )<br>MATHER, HANY NADA, BENJAMIN T.  )<br>SMITH, IV, GREG BRANDEAU, BEN  )<br>FEDER, GABY TOLEDANO, and DARLA  )<br>K. ANDERSON,  )<br>)<br>  Defendants.  ) | Case No. 1:21-cv-00379-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 21, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*